[L. A. No. 15691. In Bank.—September 4, 1936.]

In the Matter of the Estate of GEORGE H. KEMBALL, Deceased. EVERETT W. MATTOON et al., Appellants, v. VIOLET MANDE KEMBALL et al., Respondents.

[L. A. No. 15692. In Bank.—September 4, 1936.]

In the Matter of the Estate of STELLA B. BOULTER, Deceased. EVERETT W. MATTOON et al., Appellants, v. EDITH McCAULEY et al., Respondents.

[L. A. No. 15693. In Bank.—September 4, 1936.]

In the Matter of the Estate of GUSTAF HERMAN SMEDMAN, Deceased. EVERETT W. MATTOON et al., Appellants, v. IDA C. LARSON et al., Respondents.

[L. A. No. 15694. In Bank.—September 4, 1936.]

In the Matter of the Estate of FRANK R. BROWN, Deceased. EVERETT W. MATTOON et al., Appellants, v. MARY A. BOYD et al., Respondents.

[L. A. No. 15695. In Bank.—September 4, 1936.]

In the Matter of the Estate of CHARLES A. WILLIAMS, Deceased. EVERETT W. MATTOON et al., Appellants, v. EDNA CONGDON et al., Respondents.

[L. A. No. 15696. In Bank.—September 4, 1936.]

In the Matter of the Estate of SAUL WINCHEL, Deceased. EVERETT W. MATTOON et al., Appellants, v. AMELIA BELL KUDER et al., Respondents.

[L. A. No. 15697. In Bank.—September 4, 1936.]

In the Matter of the Estate of WILBUR F. JONES, Deceased. EVERETT W. MATTOON et al., Appellants, v. EVA A. EATON, Respondent.

[L. A. No. 15698. In Bank.—September 4, 1936.]

In the Matter of the Estate of JOHN O. WARREN, Deceased. EVERETT W. MATTOON et al., Appellants, v. Mrs. S. C. HEDWICH et al., Respondents.

[L. A. No. 15699. In Bank.—September 4, 1936.]

In the Matter of the Estate of GRETCHEN RICE, Deceased. EVERETT W. MATTOON et al., Appellants, v. FREDERICK BROADLEIGH, Respondent.

[L. A. No. 15700. In Bank.—September 4, 1936.]

In the Matter of the Estate of HUGH P. BROWN, Deceased. EVERETT W. MATTOON et al., Appellants, v. STATE OF CALIFORNIA et al., Respondents.

[L. A. No. 15701. In Bank.—September 4, 1936.]

In the Matter of the Estate of MINNIE BUSKER, Deceased. EVERETT W. MATTOON et al., Appellants, v. JOHN P. BUSKER et al., Respondents.

[L. A. No. 15702. In Bank.—September 4, 1936.]

In the Matter of the Estate of MILES STAFFORD, Deceased. EVERETT W. MATTOON et al., Appellants, v. ELIAS STAFFORD et al., Respondents.

[L. A. No. 15703. In Bank.—September 4, 1936.]

In the Matter of the Estate of ALEXANDER E. BISCHOFF, Deceased. EVERETT W. MATTOON et al., Appellants, v. IRENE E. STEVENS et al., Respondents.

[L. A. No. 15704. In Bank.—September 4, 1936.]

In the Matter of the Estate of MARY KINNE, Deceased. EVERETT W. MATTOON et al., Appellants, v. ALBERT O. KINNE et al., Respondents.

[L. A. No. 15705. In Bank.—September 4, 1936.]

In the Matter of the Estate of OTTO E. PETERSON, Deceased. EVERETT W. MATTOON et al., Appellants, v. HAROLD J. PETERSON et al., Respondents.

[L. A. No. 15706. In Bank.—September 4, 1936.]

In the Matter of the Estate of CHARLOTTE MASSAGER, Deceased. EVERETT W. MATTOON et al., Appellants, v. STATE OF CALIFORNIA et al., Respondents.

[L. A. No. 15707. In Bank.—September 4, 1936.]

In the Matter of the Estate of WALTER M. FILLE-BROWN, Deceased. EVERETT W. MATTOON et al., Appellants, v. EDWARD T. FILLEBROWN et al., Respondents.

[L. A. No. 15708. In Bank.—September 4, 1936.]

In the Matter of the Estate of PETER GEIERMAN, Deceased. EVERETT W. MATTOON et al., Appellants, v. Mrs. EMMA PETRIE et al., Respondents.

[L. A. No. 15709. In Bank.—September 4, 1936.]

In the Matter of the Estate of SAMUEL QUEEN, Deceased. EVERETT W. MATTOON et al., Appellants, v. STATE OF CALIFORNIA et al., Respondents.

[L. A. No. 15710. In Bank.—September 4, 1936.]

In the Matter of the Estate of ALPHEUS B. JEFFREY, Deceased. EVERETT W. MATTOON et al., Appellants, v. JESSIE W. MEYN et al., Respondents.

[L. A. No. 15753. In Bank.—September 4, 1936.]

In the Matter of the Estate of GEORGE H. HESSEL, Deceased. EVERETT W. MATTOON et al., Appellants, v. PETER HOESSEL et al., Respondents.